United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-21451-elf
James A. Bender                                                           Chapter 13
Patricia J. Bender
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Jun 01, 2018
                             Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db/jdb        +James A. Bender,   Patricia J. Bender,   618 Wilder Road,   Wallingford, PA 19086-6837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
          ALBERT JAMES MILLAR   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          ALLISON FRANCES ZUCKERMAN   on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
          ANDEW SPIVACK   on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
          CHRISTOPHER A. DENARDO   on behalf of Creditor   JPMorgan Chase Bank, National Association, et al
           pabk@logs.com
          CHRISTOPHER A. DENARDO   on behalf of Creditor   Select Portfolio Servicing, Inc., et al
           pabk@logs.com
          DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   Select Portfolio Servicing, Inc., et al
           debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          DAVID NEEREN   on behalf of Creditor   Ocwen Loan Servcing, LLC as servicer for
           dneeren@udren.com,  vbarber@udren.com
          DAVID H. LIPOW   on behalf of Creditor   Select Porrfolio Servicing, Inc. bkecf@milsteadlaw.com,
           dlipow@milsteadlaw.com
          JACQUELINE FRANCES MCNALLY   on behalf of Creditor   Wells Fargo Bank, as Trustee
           jmcnally@sterneisenberg.com,
           seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@st
           erneisenberg.com
          JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A., As Trustee For The Pooling And
           Servicing et al. paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   Deutsche Bank Trust Company Americas, As Trustee For et
           al. paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor   Deutsche Bank Trust Company Americas, As Trustee
           For et al. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
           ASSOCIATION bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LESLIE J. RASE   on behalf of Creditor   Wells Fargo Bank, as Trustee pabk@logs.com,
           lerase@logs.com
          LESLIE J. RASE   on behalf of Creditor   Wells Fargo Bank, N.A., by its attorney in fact Ocwen
           Loan Servicing, LLC pabk@logs.com,  lerase@logs.com
          MARIO J. HANYON   on behalf of Creditor   Wells Fargo Bank, N.A., As Trustee For The Pooling And
           Servicing et al. paeb@fedphe.com
          MARY F. KENNEDY   on behalf of Creditor   Green Tree Servicing LLC mary@javardianlaw.com,
           tami@javardianlaw.com

```
District/off: 0313-2          User: YvetteWD          Page 2 of 2          Date Rcvd: Jun 01, 2018
                              Form ID: 195            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Select Porrfolio Servicing, Inc.
          mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          ROBERT H. HOLBER   on behalf of Plaintiff Patricia J. Bender rholber@holber.com
          ROBERT H. HOLBER   on behalf of Plaintiff James A. Bender rholber@holber.com
          ROBERT H. HOLBER   on behalf of Joint Debtor Patricia J. Bender rholber@holber.com
          ROBERT H. HOLBER   on behalf of Debtor James A. Bender rholber@holber.com
          SALVATORE  CAROLLO   on behalf of Creditor   Deutsche Bank Trust Company Americas
          ldoyle@udren.com,  cblack@udren.com
          STUART PAUL WINNEG   on behalf of Creditor   Deutsche Bank Trust Company Americas
          swinneg@udren.com,  cblack@udren.com
          THOMAS I. PULEO   on behalf of Creditor   FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Wells Fargo Bank, N.A., As Trustee For The
          Pooling And Servicing et al. paeb@fedphe.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Deutsche Bank Trust Company Americas, As Trustee
          For et al. paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 34
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13

James A. Bender and Patricia J. Bender          : Case No. 12–21451–elf
          Debtor(s)

### ORDER

_____

   AND NOW, this day , 1st of June 2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

176
Form 195