United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James A. Bender  
Patricia J. Bender  
    Debtors

Case No. 12-21451-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: admin       Page 1 of 2       Date Rcvd: Jun 01, 2018  
                     Form ID: 3180W      Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.

```
db/jdb         +James A. Bender,    Patricia J. Bender,    618 Wilder Road,    Wallingford, PA 19086-6837
12948404       +Berkheimer Tax Administrator,    P.O. Box 995,    50 North Seventh Street,
                 Bangor, PA 18013-1731
13907109       +Deutsche Bank Trust Company Americas,    c/o Ocwen Loan Servicing LLC,    Attn: Bankruptcy Dept.,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
13071617       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13074542      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
12928085        Northwest Savings Bank,    1475 Main Street.,    Coalport, PA 16627
12928086       +Ocwen Loan Servicing,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
13015094       +PHEAA,   Po Box 8147,    Harrisburg, PA 17105-8147
12948429        Popular Community Bank,    P.O. Box 4601,    Oak Park, IL 60303-4601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Jun 02 2018 03:03:09    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2018 03:02:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2018 03:02:48    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12990955       +EDI: AFNIRECOVERY.COM Jun 02 2018 06:48:00    Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
13066210        EDI: BECKLEE.COM Jun 02 2018 06:48:00    American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
12985990       +EDI: BANKAMER.COM Jun 02 2018 06:48:00    Bank of America, N.A.,    7105 Corporate Drive,
                 Plano, TX 75024-4100
12948408       +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 02 2018 03:03:16
                 Citadel Federal Cred U,    520 Eagle View Blvd.,    Exton, PA 19341-1119
12948415        EDI: IRS.COM Jun 02 2018 06:48:00    Department of the Treasury,    Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
12967237        EDI: DISCOVER.COM Jun 02 2018 06:48:00    Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13452008        EDI: ECMC.COM Jun 02 2018 06:48:00    ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13030005        E-mail/Text: bankruptcy.bnc@ditech.com Jun 02 2018 03:01:53    Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
13117527       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 02 2018 03:01:53    Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13064779        EDI: RESURGENT.COM Jun 02 2018 06:48:00    LVNV Funding, LLC its successors and assigns as,
                 assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
12928087       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2018 03:02:23
                 Pennsylvania Department of Revenue,    Bankruptcy Divison,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13103976        EDI: NAVIENTFKASMDOE.COM Jun 02 2018 06:48:00    Sallie Mae Inc, on Behalf of the,
                 Department of Education,    DOE,    P.O. Box 740351,    Atlanta, GA 30374-0351
12988027       +EDI: NAVIENTFKASMSERV.COM Jun 02 2018 06:48:00    Sallie Mae Trust,    c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 16
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
13100124     ##+Pooling and Servicing Agreement- Bear S,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Jun 01, 2018
                              Form ID: 3180W           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
               pabk@logs.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Select Portfolio Servicing, Inc., et al
               pabk@logs.com
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing, Inc., et al
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID   NEEREN    on behalf of Creditor    Ocwen Loan Servcing, LLC as servicer for
               dneeren@udren.com,  vbarber@udren.com
              DAVID H. LIPOW    on behalf of Creditor    Select Porrfolio Servicing, Inc. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              JACQUELINE FRANCES MCNALLY    on behalf of Creditor    Wells Fargo Bank, as Trustee
               jmcnally@sterneisenberg.com,
               seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@st
               erneisenberg.com
              JEROME B. BLANK    on behalf of Creditor     BANK OF AMERICA, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A., As Trustee For The Pooling And
               Servicing et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For et
               al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee
               For et al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
               ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LESLIE J. RASE    on behalf of Creditor    Wells Fargo Bank, N.A., by its attorney in fact Ocwen
               Loan Servicing, LLC pabk@logs.com, lerase@logs.com
              LESLIE J. RASE    on behalf of Creditor    Wells Fargo Bank, as Trustee pabk@logs.com,
               lerase@logs.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A., As Trustee For The Pooling And
               Servicing et al. paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    Green Tree Servicing LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Porrfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              ROBERT H. HOLBER    on behalf of Plaintiff Patricia J. Bender rholber@holber.com
              ROBERT H. HOLBER    on behalf of Plaintiff James A. Bender rholber@holber.com
              ROBERT H. HOLBER    on behalf of Joint Debtor Patricia J. Bender rholber@holber.com
              ROBERT H. HOLBER    on behalf of Debtor James A. Bender rholber@holber.com
              SALVATORE   CAROLLO    on behalf of Creditor    Deutsche Bank Trust Company Americas
               ldoyle@udren.com, cblack@udren.com
              STUART PAUL WINNEG    on behalf of Creditor    Deutsche Bank Trust Company Americas
               swinneg@udren.com, cblack@udren.com
              THOMAS I. PULEO    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A., As Trustee For The
               Pooling And Servicing et al. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee
               For et al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 34
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **James A. Bender** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx–xx–2916** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Patricia J. Bender** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx–xx–3157** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **12–21451–elf** | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James A. Bender                                                  Patricia J. Bender

5/31/18                                                                   **By the court:**    Eric L. Frank
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**